**FILED**

JUN 17 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20 CR 256 |
| v. | |
| BRANDON PEGUES | Violation: Title 18, United States Code, Section 922(g)(1) |

JUDGE KENDALL

**MAGISTRATE JUDGE FUENTES**

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about May 31, 2020, at Chicago, in the Northern District of Illinois,
Eastern Division, and elsewhere,

BRANDON PEGUES,

defendant herein, knowing that he had previously been convicted of a crime
punishable by a term of imprisonment exceeding one year, did knowingly possess, in
and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock
Model 19, 9mm semiautomatic pistol, bearing serial number SHA485, which firearm
had traveled in interstate and foreign commerce prior to defendant's possession of
the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to a Glock Model 19, 9mm semiautomatic pistol, bearing serial number SHA485, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2