Order Form (01/2005)

20 GJ 584

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 20-CR-00256 | **DATE** | JUNE 17, 2020 |
| **CASE TITLE** | U.S. v. BRANDON PEGUES | | |

JUDGE KENDALL

MAGISTRATE JUDGE FUENTES

**DOCKET ENTRY TEXT**

## Grand Jury Proceeding

The Grand Jury for  SPECIAL JANUARY 2019  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____Maria Valdez_____

WARRANT PREVIOUSLY ISSUED ON JUNE 1, 2020 IN 20 CR 256 TO STAND AND THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

**FILED**

**JUN 17 2020**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                UNDER SEAL)

Courtroom Deputy Initials: