IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

Defendant.

Brandon Pegues

**FILED**
JUL 01 2020

Case Number: 20 cr 256

MAGISTRATE JUDGE
JEFFREY T. GILBERT

Judge: Gilbert

## ORDER APPOINTING COUNSEL UNDER CJA

Name of Appointed Attorney: Amir Mohabbat

Person Represented: Brandon Pegues   Defendant number: 1   Under SEAL: YES or (NO)

Payment Category: (FELONY)  MISDEMEANOR   Type of Person Represented: (ADULT) JUVENILE  OTHER
OTHER   PETTY OFFENSE

Representation Type:  BP  (CC)  CF  CH  DRI  EW  EX  HC  JU  MA  JRV  JHB
MC  ML  NT  OT  PA  PR  PT  SR  WI  WW

**Court Order:**
(APPOINTING COUNSEL)   CO-COUNSEL   STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER   SUBS FOR PANEL ATTORNEY   SUBS FOR RETAINED ATTORNEY

Prior Attorney's name: _____

If associate(s) will be used, list name(s) below. If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:

Signature of Presiding Judge: /s/ Jeffrey T. Gilbert

Date of Order: 7/1/20    Nunc Pro Tunc Date: _____ or (NONE)

## ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

Expected to exceed:  YES  NO

Prior Authorization Approved:  YES  NO

Signature of Presiding Judge: _____

Date of Order: _____    Nunc Pro Tunc Date: _____ or NONE