## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Brandon Pegues

Case Number: 20 cr 256

**FILED**
JUL 01 2020
MAGISTRATE JUDGE
JEFFREY T. GILBERT

An appearance is hereby filed by the undersigned as attorney for:
Brandon Pegues

Attorney name (type or print): Amir Mohabbat

Firm: The Chicagoland & Suburban Law Firm P.C.

Street address: 248 S. Marion St., #104

City/State/Zip: Oak Park, IL 60302

Bar ID Number: 6286891
(See item 3 in instructions)

Telephone Number: 815-501-1345

Email Address: amir@chicagolandlawfirm.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☑ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☑ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/1/20

Attorney signature: S/ Amir
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015