# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                            Case No.: 1:20−cr−00256

                                                              Honorable Virginia M. Kendall

Brandon Pegues

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2020:

      MINUTE entry before the Honorable Jeffrey T. Gilbert as to Brandon Pegues: Detention hearing held on 7/9/20. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. The Government orally renewed its motion for pretrial detention on the grounds of danger to community and risk of non−appearance. For the reasons stated on the record, the Government's oral motion for pretrial detention is denied. Enter Order Setting Conditions of Release. Defendant released on an unsecured bond in the amount of $4,500. Defendant shall be released after processing. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.